LAW OFFICES OF
**ALLEN A. KOLBER, ESQ.**
134 ROUTE 59, SUITE A
SUFFERN, NEW YORK 10901
TELEPHONE:   (845) 918-1277
FACSIMILE:     (845) 369-1618
E-mail: aKolber@KolberLegal.com
Website: www.KolberLegal.com

**Via ECF**                                                                                                   March 9, 2020
Hon. Elizabeth Strong
United States Bankruptcy Judge, Eastern District of New York
271-C Cadman Plaza East, Brooklyn, NY 11201

      **Re:**   **Debtor:  Mark Duhaney**
            **U.S. Bankruptcy Court, EDNY Case No: 19-46724**

**LOSS MITIGATION STATUS REPORT**

Honorable Madam:

    This firm represents the secured creditor, Lycan Capital Fund I LLC.

    **A Loss Mitigation Status Conference is scheduled for March 10, 2020.**

    The Order directing the Debtor and creditor to participate in the Loss Mitigation program was entered on January 14, 2020.

    The Loss Mitigation Application was sent to Debtor's attorney via email and via U.S. mail on January 31, 2020.

    The Creditor filed its Loss Mitigation Contact Designation on January 31, 2020.

    **No documents were submitted by the Debtor for a loss mitigation review.**

    **Therefore, creditor respectfully requests that Loss Mitigation be terminated.**

    **Please be advised that on February 6, 2019, the subject property was sold at a foreclosure sale in the Kings County Courthouse.  No Bankruptcy Stay was in effect as Debtor did not file a Motion to Extend the Automatic Stay 30 days after the filing of the instant case on November 7, 2019.  (See ECF Docket #14, letter to Court dated December 16, 2019 advising Debtor's attorney and the Court that the Automatic Stay expired on about December 8, 2019, pursuant to §11 U.S.C. § 362(c)(3).**

                                                             Respectfully submitted,
                                                             LAW OFFICES OF ALLEN A. KOLBER, ESQ.

                                                             By:    /s/ Allen A. Kolber
                                                                       Allen A. Kolber

AAK/sb
cc:  Narissa A. Joseph, Esq. (via ECF)
     Attorney for Debtor
     Lycan Capital Fund I LLC